| DISTRICT COURT OF THE VIRGIN ISLANDS |
|:---:|
| DIVISION OF ST. CROIX |

**REUBEN DOWLING,**

               **Plaintiff,**

  v.

**UNITED STATES GOVERNMENT,**
**VIRGIN ISLANDS GOVERNMENT,**
**and ALMORE FREDERICKS,**

               **Defendants.**

**CIVIL NO. 2000/0049**

TO:   Lee J. Rohn, Esq.
        Angela Tyson Floyd, Esq., AUSA
        Richard Schrader, Jr., AAG

### ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANT FREDERICKS TO PROVIDE COMPLETE DISCOVERY RESPONSES

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendant Fredericks to Provide Complete Discovery Responses (Docket No. 265). Having reviewed the said motion, the Court makes the following findings and conclusions.

Interrogatory No. 3:      Said Defendant shall supplement his response with the identity of the shift supervisor by name and address, if known.

Interrogatory No. 8:      Said Defendant shall supplement his response with the last known address of Henry Wagner.

*Dowling v. United States*
2000-CV-0049
Order Regarding Plaintiff's Motion to Compel Defendant Fredericks
Page 2

Based upon the foregoing, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Compel Defendant Fredericks to Provide Complete Discovery Responses (Docket No. 265) is **GRANTED**.

2. Said Defendant shall supplement his responses to Interrogatory Nos. 3 and 8 as directed hereinabove.

3. Said Defendant shall serve its supplemental responses upon counsel for Plaintiff within ten (10) days from the date of entry of this Order.

ENTER:

Dated: February 15, 2008              /s/
                                      GEORGE W. CANNON, JR.
                                      U.S. MAGISTRATE JUDGE